MELINDA HAAG (CABN 13612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ALEXANDRO DIXON, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> CLODUALDO A. ATIENZA and ALICIA G. ATIENZA, <br><br> Respondents. | No. CV 11-01647 SBA <br><br><br> <u>ORDER ENFORCING SUMMONS</u> |

This case having come for hearing on October 18, 2011, at 1:00 p.m., upon the return of the Order to Show Cause heretofore issued by this Court, properly served upon Respondents CLODUALDO A. ATIENZA and ALICIA G. ATIENZA, and Respondents having failed to appear, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby

**ORDERED**:

That Respondents, CLODUALDO A. ATIENZA and ALICIA G. ATIENZA, appear before Internal Revenue Service Revenue Officer ALEXANDRO DIXON, or any other designated agent, on November 15, 2011, at 10:00 a.m., at the Office of the Internal Revenue Service, located at 450 Golden Gate Avenue, 6th Floor, San Francisco, California, and then and there give testimony relating to the matters described in the

1 subject Internal Revenue Service summons, a copy of which is attached hereto as
2 **Exhibit A**, and produce for the Revenue Officer's inspection and copying the
3 Respondents records also described in the subject Internal Revenue Service summons.

5 **ORDERED** this  14th day of October , at Oakland, California.

```
                          _____
                          SAUNDRA BROWN ARMSTRONG
                          UNITED STATES DISTRICT JUDGE
```