1  MELINDA HAAG (CABN 13612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA and ALEXANDRO DIXON, Revenue Officer, <br><br>Petitioners, <br><br>v. <br><br>CLODUALDO A. ATIENZA and ALICIA G. ATIENZA, <br><br>Respondents. | No. CV 11-01647 SBA <br><br>AMENDED ORDER ENFORCING SUMMONS |

Pursuant to this Court's Order to Show Cause Re Enforcement of Internal Revenue Service Summons ("OSC"), Respondents had sixty days from the date of service of the OSC to file a written response to the Verified Petition to Enforce Revenue Summons and any related motions as to why the summons should not be enforced. Dkt. 8, 12. Respondents were properly served with the OSC on June 9, 2011, and therefore their written response to the petition and any related motions were due by no later than August 8, 2011. Id. To date, Respondents have failed to respond to the OSC and have failed to file any written response to the petition and related motions. In light of Respondents' lack of compliance with the OSC, upon a finding of good cause after review of the record, including the Verified Petition to Enforce Internal Revenue Summons, IT IS HEREBY ORDERED THAT:

Respondents, CLODUALDO A. ATIENZA and ALICIA G. ATIENZA, appear

before Internal Revenue Service Revenue Officer ALEXANDRO DIXON, or any other designated agent, on November 15, 2011, at 10:00 a.m., at the Office of the Internal Revenue Service, located at 450 Golden Gate Avenue, 6th Floor, San Francisco, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, a copy of which is attached hereto as **Exhibit A**, and produce for the Revenue Officer's inspection and copying the Respondents records also described in the subject Internal Revenue Service summons.

**ORDERED** this 14th day of October, at Oakland, California.

                                           _____
                                           SAUNDRA BROWN ARMSTRONG
                                           UNITED STATES DISTRICT JUDGE

.