1  MELINDA HAAG (CABN 13612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
   Attorneys for the United States of America
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11                                          )
    UNITED STATES OF AMERICA and             )   No. CV 11-01647 SBA
12  ALEXANDRO DIXON, Revenue Officer,        )
                                             )
13              Petitioners,                 )
                                             )
14         v.                                )   AMENDED ORDER ENFORCING
                                             )   SUMMONS
15  CLODUALDO A. ATIENZA and                 )
    ALICIA G. ATIENZA,                       )
16                                           )
                Respondents.                 )
17  _____ )

18       Pursuant to this Court's Order to Show Cause Re Enforcement of Internal Revenue

19  Service Summons ("OSC"), Respondents had sixty days from the date of service of the

20  OSC to file a written response to the Verified Petition to Enforce Revenue Summons and

21  any related motions as to why the summons should not be enforced.  Dkt. 8, 12.

22  Respondents were properly served with the OSC on June 9, 2011, and therefore their

23  written response to the petition and any related motions were due by no later than August

24  8, 2011.  Id.  To date, Respondents have failed to respond to the OSC and have failed to

25  file any written response to the petition and related motions.  In light of Respondents'

26  lack of compliance with the OSC, upon a finding of good cause after review of the record,

27  including the Verified Petition to Enforce Internal Revenue Summons, IT IS HEREBY

28  ORDERED THAT:

             Respondents, CLODUALDO A. ATIENZA and ALICIA G. ATIENZA, appear

1  before Internal Revenue Service Revenue Officer ALEXANDRO DIXON, or any other
2  designated agent, on November 15, 2011, at 10:00 a.m., at the Office of the Internal
3  Revenue Service, located at 450 Golden Gate Avenue, 6th Floor, San Francisco,
4  California, and then and there give testimony relating to the matters described in the
5  subject Internal Revenue Service summons, a copy of which is attached hereto as
6  **Exhibit A**, and produce for the Revenue Officer's inspection and copying the
7  Respondents records also described in the subject Internal Revenue Service summons.

10 **ORDERED** this 14th day of October, at Oakland, California.

                                    _____
                                    SAUNDRA BROWN ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE

.